UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN,<br><br>             Plaintiff,<br><br>      v.<br><br>USAA INSURANCE CO, et al.,<br><br>             Defendants. | Case No. 1:24-cv-00967-KES-EPG<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

      On August 19, 2024, Plaintiff, proceeding *pro se*, removed this civil action.[1] (ECF No. 1). As it appears that this action should have been filed in the Sacramento Division of the United States District Court for the Eastern District of California, the Court will transfer the case to the Sacramento Division.

      Pursuant to Local Rule 120(d), "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in . . . Sacramento . . . count[y] shall be commenced in the United States District Court sitting [in] Sacramento, California. . . . "

      The amended complaint attached to the notice of removal was filed in the Sacramento Superior Court. Plaintiff generally complains that Defendant USAA Casualty Insurance Company has failed to fully compensate Plaintiff for damage to Plaintiff's vehicle, which incident appears

---

[1] Because this Court is transferring this case, it will not address any pending issues, such as whether Plaintiff may remove his state court case to Federal court, whether this Court has jurisdiction, and whether Plaintiff may proceed *in forma pauperis*.

to have arisen in Sacramento. Plaintiff also sues Defendants with addresses in Sacramento who Plaintiff alleges have acted improperly in the underlying legal proceedings. Nowhere in the complaint does Plaintiff identify facts directly showing that this case arises in the Fresno Division. Instead, by all appearances, the allegations stem from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, based on the information available, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **August 20, 2024**            /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

2